**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
***Tampa Division***
www.flmb.uscourts.gov

IN RE: Chapter 11

R&S Treats, LLC Case No.: 8:26-bk-09632

Debtor. /

# MOTION FOR AUTHORITY TO USE CASH COLLATERAL EFFECTIVE AS OF THE PETITION DATE, PROVIDING ADEQUATE PROTECTION, AND REQUEST FOR EMERGENCY HEARING

**COMES NOW**, R&S Treats, LLC (the "**Debtor**"), by and through its undersigned counsel, and seeks authority to use cash collateral to fund its day-to-day operations. In support of this Motion, the Debtor states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested is 11 U.S.C. §§ 105 and 363 and Rule 4001(d)(1)(D), Federal Rules of Bankruptcy Procedure.

## BACKGROUND

3. On October 22, 2026, the Debtor filed its Voluntary Petition (Doc. 1) under Subchapter V of Chapter 11 of the Bankruptcy Code (the "**Petition Date**"). The Debtor is managing its financial affairs as a Debtor-in-Possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4. Upon information and belief, the following creditors may claim blanket liens against the Debtor's cash, inventory, and accounts receivable:

| Creditor | Claim Amount | UCC-1 Filing Date | Document Number |
|---|---|---|---|
| Always Bank, as a division of 22nd Street Banking Company | $1,368,210.83 | 5/9/2023 | 202301267897 |
| Credibly of Arizona, LLC | Unknown | 12/3/2024 | 202403172543 |
| Corporation Service Company | Unknown | 3/10/2026 | 202600680479 |
| Spartan Business Solutions d/b/a Spartan Capital | $29,887.00 | None | None |

(collectively, the "**Secured Creditors**"). The Debtor reserves the right to challenge the validity, priority and extent of the Secured Creditors' liens against the Debtor's assets.

5. The Debtor estimates that the claim of the Secured Creditors' claims are secured by the restaurant located at 1010 Court St. Clearwater, Florida 33756 valued at $1,000,000.00, $3,433 in cash, $16,000 inventory, $9,600 in office equipment, and $341,760 in machinery, fixtures and equipment (collectively, the "**Cash Collateral**").

## RELIEF REQUESTED

6. The Debtor seeks an order of this Court authorizing the Debtor to use cash, accounts receivable and other income derived from the Debtor's operations to fund its operating expenses and the costs of administration in this Chapter 11 case until and through the effective date of a confirmed Chapter 11 plan pursuant to 11 U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 4001(b)(2) and Local Rule 4001-3, since any cash generated by the Debtor may constitute the Cash Collateral of the Secured Creditors.

**Terms and Use of Cash Collateral and Offer of Adequate Protection**

7. In order for the Debtor to remain in business, it is imperative that it have the use of the Cash Collateral.

8. As adequate protection for the use of cash collateral, Debtor offers the Secured Creditors the following:

a. Post-petition replacement lien on the Cash Collateral to the same extent, validity, and priority as existed pre-petition;

b. The right to inspect the Debtor's assets on forty-eight (48) hours notice, provided that said inspection does not interfere with the operations of the Debtor; and

c. Copies of monthly financial documents generated in the ordinary course of business and other information as the Secured Creditors may reasonably request with respect to the Debtor's operations.

**Purposes for the Use of Cash Collateral and Cash Flow Budget**

9. The Debtor must have access to and authorization to use the Cash Collateral in the amounts and for the purposes set forth in the budget, attached as Exhibit "A" to this Motion (the "**Budget**"). The use of such Cash Collateral is necessary to avoid immediate and irreparable harm to the Debtor's estate. The Cash Collateral will be used to maintain business operations and preserve value of the estate. Among other things, the Debtor proposes to use Cash Collateral in accordance with the Budget for payment of necessary owner/operators and ordinary business expenses related to its operations. This Motion is filed without prejudice to the Debtor's right to

request further authority to use Cash Collateral in excess of the amounts sought herein.[1]

10. The Debtor requests authority to use Cash Collateral immediately to pay the expenses set forth in the Budget as payment of such expenses is necessary to maintain its business, maximize the return on its assets, and to otherwise avoid irreparable harm and injury to its estate.

11. In order to ensure that the Debtor operates effectively throughout this bankruptcy proceeding, the Debtor also requests permission to:

(a) exceed any line item on the budget by an amount equal to ten percent (10%) of each such line item; or

(b) to exceed any line item by more than ten percent (10%) so long as the total of all amounts in excess of all line items for the Budget do not exceed ten percent (10%) in the aggregate of the total budget.

**WHEREFORE**, R&S Treats, LLC, the Debtor, respectfully requests that this Honorable Court (i) enter an order granting this Motion on an expedited interim basis effective as of the Petition Date; (ii) authorizes the Debtor's use of Cash Collateral in accordance with the Budget and to provide related adequate protection; (iii) permitting the Debtor to deviate from the Budget in the amount of ten percent (10%) to the extent necessary; (iv) scheduling a Final Hearing in order to authorize the Debtor's use of Cash Collateral; and (v) granting such other and further relief as the Court shall deem just and proper.

---

[1] The Budget reflects general line items reflecting the projections of the Debtor's normal operating expenses for the period covered by the Budget. The Debtor's expenditures will be in reasonable compliance with Budget.

**RESPECTFULLY SUBMITTED**, on this 23rd day of October 2026.

FORD & SEMACH, P.A.

/s/ Buddy D. Ford

Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone #: (813) 877-4669
Office Email: All@tampaesq.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of October 2026, a true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF and, by U.S. Mail to:

Credibly of Arizona, LLC, 25200 Telegraph Road, Suite 350, Southfield, MI 4803;

Credibly of Arizona, CCC, 1501 fountainhead Pkwy, Ste. 630, Tempe AZ 85282;

Credibly of Arizona LLC, 270 Madison Avenue, Ste. 1406, New York, New York, 10016;

Corporation Service Company, P.O. Box 2576, Springfield, IL 62708-0000;

Corporation Service Company, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808;

Corporation Service Company, Attn: The Prentice-Hall Corporation System, Inc., 1201 Hays Street, Tallahassee, FL 32301;

Spartan Business Solutions d/b/a Spartan Capital, Attn: Kenneth R. Ebner Jr., 1301 State Route 36 Bldg. 2, Ste. 15 Hazlet NJ 07730;

Spartan Business Solutions d/b/a Spartan Capital, 8035 Citron Ct., Orlando, FL 32819;

Spartan Business Solutions d/b/a Spartan Capital, Attn: Maximo Rivera, 8035 Citron Ct., Orlando, FL 32819;

22nd Street Bank, 51 St. Joseph Street, Mobile AL 36602; and

Always Bank, 51 St. Joseph Street, Mobile AL 36602;

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com

# Exhibit A

R & S Treats 6-Month Projections

| Month | October | November | December | Total |
|---|---|---|---|---|
| Gross Sales | $79,000 | $67,500 | $65,500 | $212,000 |
| 3rd Party | $7,485 | $6,560 | $6,527 | $20,572 |
| Total Sales | $86,485 | $74,060 | $72,027 | $232,572 |
| | | | | |
| Expenses | | | | |
| Payroll Wages | $21,583 | $21,583 | $21,583 | $64,749 |
| Payroll Taxes | $6,000 | $6,000 | $6,000 | $18,000 |
| Rent | $8,350 | $8,350 | $5,627 | $22,327 |
| Loan Payment | | | | $0 |
| Phone/Internet | $383 | $383 | $383 | $1,149 |
| Line of Credit | $1,600 | $1,600 | $1,600 | $4,800 |
| Inventory | $15,640 | $13,650 | $12,100 | $41,390 |
| Rita's Loan | $1,644 | $1,644 | $1,644 | $4,932 |
| Water | $1,703 | $1,682 | $1,148 | $4,533 |
| Misc Expenses | $597 | $597 | $597 | $1,791 |
| Maintance | $260 | $260 | $260 | $780 |
| Sparton Capital | $1,400 | $1,400 | $1,400 | $4,200 |
| Credit Cards | $926 | $926 | $926 | $2,778 |
| Electric | $1,746 | $1,746 | $1,517 | $5,009 |
| Equipment Expense | | | | $0 |
| Sales Tax | $5,500 | $4,600 | $4,500 | $14,600 |
| Sales Tax Loan | $2,000 | $2,000 | $2,000 | $6,000 |
| Insurance | $1,700 | $1,700 | $1,700 | $5,100 |
| Accounting | $0 | $0 | $0 | $0 |
| Total Operating Expenses | $71,032 | $68,121 | $62,985 | $202,138 |
| | | | | |
| Profit/Loss | $15,453 | $5,939 | $9,042 | $30,434 |

EXHIBIT "A"